**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:05CV54**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **DEFAULT JUDGMENT AND** |
| | ) | **FINAL ORDER OF FORFEITURE** |
| **$5,112.00 IN UNITED STATES** | ) | |
| **CURRENCY, and $1,100.00 IN UNITED** | ) | |
| **STATES CURRENCY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of the United States for entry of default judgment and a final order of forfeiture.

No appearance having been made by any party in this action, the motion is allowed.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for entry of default judgment and a final order of forfeiture is **ALLOWED.**

**IT IS FURTHER ORDERED** that judgment of forfeiture is entered in favor of the United States against all persons in the world; any and all right, title and interest of all persons in the world in or to the Defendant properties is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

**IT IS FURTHER ORDERED** that the United States Marshal dispose of the forfeited Defendant properties as provided by law.

**Signed: June 16, 2005**

Lacy H. Thornburg
United States District Judge